**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| MANUFACTURERS AND TRADERS TRUST COMPANY, | : | No. 482 MAL 2017 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| KELLY JUSTOFIN, | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 22nd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.